## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Stephen J. McGrath, deposes and states:

## INTRODUCTION AND AGENT BACKGROUND

1.      This Affidavit is offered in support of an request for Complaint and Arrest Warrant for: **Deontae WARE** for violations federal law that took place on or about July 14, 2025, in Cleveland Heights, Cuyahoga County and the Northern District of Ohio, namely, Possession with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (21 U.S.C. Section 841(a)(1), (b)(1)(B)); Possession with the intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack") (21 U.S.C. Section 841(a)(1), and (b)(1)(C)); Possession with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine  (21 U.S.C. Section 841(a)(1), and (b)(1)(C)); and Possession with the intent to distribute a mixture and substance containing a detectable among of cocaine (21 U.S.C. Section 841(a)(1), and (b)(1)(C)).

2.      Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, & Explosives, and has been since April of 2021. Your affiant completed training at the Federal Law Enforcement Training Center and the Bureau of Alcohol, Tobacco, Firearms, and Explosives National Academy. Previous to this position, your affiant served as an ATF Task Force Officer from July of 2018 until April of 2021. Prior to and while serving as a Task Force Officer with ATF, the Affiant was employed by the City of Cleveland, Ohio, Cleveland Division of Police (hereinafter "CDP") as a Basic Patrolman, a Detective with the CDP Gang Impact Unit, and as a Sergeant supervising the CDP Gang Impact Unit/ Operation Legend Task Force. Formalized education prior to law enforcement includes advanced degrees of Bachelor's in the Science of Business Administration and a Master of International Business

Administration (MBA). Affiant has participated and investigated numerous state and federal narcotics, criminal groups and gangs, and firearms investigations. Pursuant to 18 U.S.C. § 3051, your affiant is empowered to enforce criminal laws of the United States. As result of training and experience, your affiant is familiar with federal laws including the Target Offenses.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement personnel, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.      ATF Cleveland and HSI Cleveland, accompanied by other federal and local law enforcement agencies, are conducting an investigation into the narcotics trafficking activities of **Deontae WARE** and others in and around the Northern District of Ohio.  On or about July 11, 2025, investigators obtained a search warrant authorizing the search of 900 Greyton Rd., Cleveland Heights, Ohio (the residence of **Deontae WARE**) for evidence of evidence of violations of Title 21 U.S.C. Sections 841(a)(1) (Distribution and Possession with the Intent to Distribute a Controlled Substance), and 846 (Conspiracy to Distribute and Possess with the Intent to Distribute a Controlled Substance).

**July 14, 2025, Execution of Search Warrant at 900 Greyton Rd., Cleveland Heights, Ohio**

5.      On July 14, 2025, investigators executed the above-referenced search warrant at 900 Greyton Rd., Cleveland Heights, Ohio (1:25mj3157). Upon arrival in the early morning hours, law enforcement approached the front door of the residence addressed 900 Greyton Rd. in

fully marked police and ATF uniforms.  Multiple marked police vehicles from the Cleveland Heights Police Department (CHPD) and Cuyahoga County Sheriff Office (CCSO) equipped with police lights, were parked on the street clearly visible from the front of the residence. Investigators knocked and announced their presence and purpose, and the marked police vehicles activated their police lights. After a period of time with no answer, forced entry into 900 Greyton Rd. was made through the front door.

6.      Immediately upon entry into the front door of 900 Greyton Rd., investigators heard a male voice coming from the upstairs. Investigators then observed **Deontae WARE** and a female, later identified as S.J. (an adult female), at the top of the stairs and ordered them downstairs where they were detained. A security sweep of the residence was conducted, and no other people were discovered inside of the residence.

7.      Upon conducting the security sweep, investigators observed on the kitchen table a white and blue digital scale[1] with suspected residue of controlled substances, a blender base (motor), baking soda, and an Ohio Driver's License for **Deontae WARE** with the address of "900 Greyton Rd". On a shelf in the kitchen, they observed a black plastic plate with white powdery residue consistent in appearance with controlled substances on a chest height shelf. Additionally on the top shelf of this kitchen shelving, investigators observed one bag of white and brown powder consistent in appearance with controlled substances and one bag of white rock-likematerial of suspected controlled substances. Also in the kitchen, in the oven drawer, investigators observed several individually wrapped plastic bags of suspected controlled

---

[1] Affiant knows in his training and experience, persons engaged in the illegal trafficking of controlled substances commonly employ similar scales to weigh sellable quantities of controlled substances.

substances to include a white powdery substance, white rock-like substance, and multicolored pills, all of which were consistent in appearance with controlled substances based upon your affiants training and experience.

8. At this time, investigators spoke to **Deontae WARE**. He stated that he was the only permanent resident of 900 Greyton Rd. and that his family had resided in this residence for approximately 15 years. Investigators asked **WARE** if any people would arrive on-scene while a search was taking place claiming to live at this residence and/or claiming ownership of any property inside of this residence and **WARE** responded stating "no, they shouldn't". **WARE** provided that a red Buick sedan, which was parked in the driveway at the time, belonged to his mother and she resides in Euclid, Ohio but he did not recall her address or telephone number. **Deontae WARE** provided his contact number.

9. Investigators then halted their search of the residence and obtained a follow-up Federal Search Warrant for the residence addressed 900 Greyton Rd., Cleveland Heights, Ohio 44112, signed by United States Magistrate Judge Jonathan D. Greenberg (1:25MJ3159RJS) of the United States District Court for the Northern District of Ohio.

10. The follow-up search warrant (1:25MJ3159RJS) also pertained to evidence of violation of Title 21 U.S.C. Sections 841(a)(1) (Distribution and Possession with the Intent to Distribute a Controlled Substance), and 846 (Conspiracy to Distribute and Possess with the Intent to Distribute a Controlled Substance) but added controlled substances and controlled substance analogs as Items to be Seized.

11. Investigators then proceeded to search the residence where they found individually packaged controlled substances, tools of the trade of persons engaged in the drug

trade, a firearm, ammunition, and other relevant items as detailed below. All recovered drug items were submitted to the Cuyahoga County Regional Forensic Laboratory (CCRFSL) for Drug Chemistry testing and are documented on a report received from the CCRFSL dated August 26, 2025 with a CCRFSL case number of 2025-000252-0008. The drug identification and weights setforth in this affidavit are based on the findings of this drug chemistry analysis report.

12. Upon entering the front door of the residence, investigators found a living room with a large couch, a television, other miscellaneous furniture items, clothing, shoes, and other personal items. Resting on the couch investigators located a **black Glock, model 42, 380 caliber pistol bearing serial number ABWC631** loaded with (9) live rounds of 380 ammunition inside of an extended magazine (See Exhibit #01); (30) rounds of Hornady 556 caliber ammunition; (12) rounds of 762 caliber ammunition; (7) rounds of 223 caliber ammunition; (1) PMAG 30 round capacity firearm ammunition magazine, a black Apple iPhone, two red Apple iPhones, and a plastic bag containing **7.78 grams** of Cocaine (Schedule II) inside of an empty box for a bottle of liquor which was resting on the fireplace mantel.



(Exhibit #01)

13.     Towards the back of the residence on the first floor there was a kitchen. Upon searching the kitchen investigators discovered a table that appeared to be, based upon your affiant's training and experience, set up for the processing of controlled substances for later sale to include a digital scale with suspected residue[2], a plate with suspected residue[3], Goodsense sandwich bags, baking soda, a bowl for mixing, and microwave. Also on this table was Deontae WARE's State of Ohio identification card which listed as 900 Greyton Rd. as his residence (See Exhibit #02).  Affiant knows in his training and experience, that it is common for persons engaged in illegal street drug sales to "cut" controlled substances by adding a filler (non controlled substance) to an amount of controlled substance to expand the sellable quantity and thus increase profits.  Affiant knows that "cutting" is commonly conducted by means of

---

[2] This digital scale was submitted to the CCRFSL and tested positive for Cocaine (Schedule II) residue.

[3] This plate was submitted to the CCRFSL and tested positive for Cocaine (Schedule II) residue.

common household items such as plates, bowls, sifters and blenders.  Likewise, Affiant knows in his training and experience, that it is common for persons engaged in the sale of cocaine to "cook" cocaine into the base form ("crack"), and that in order to cook a heat source is required such as a stovetop and/or microwave and baking soda is a common ingredient of the cooking process.



(Exhibit #02)

14.     On top of a shelving unit next to this table, investigators found several plastic bags containing suspected controlled substances that were later found to be **18.65 grams** of Cocaine base (Schedule II) ("crack"), **3.05 grams** of Fentanyl (Schedule II), **26.29 grams** of a

mixture containing Fentanyl (Schedule II), and one bag containing a substance that was found to be no controlled substance.

15.     Additionally, in the kitchen investigators observed food products, cooking utensils, pots and pans, and plates and cups among other normal everyday kitchen items. Investigators observed a piece of mail on top of a kitchen cabinet addressed to "Denzell Ware" and this piece of paper was resting next to a tear-off from a plastic bag. Also resting atop the kitchen cabinets investigators observed multiple digital scales and a social security card belonging to **Deontae WARE**.  In a kitchen drawer, investigators found two more digital scales which had suspected drug residue on them. In the bottom drawer of the oven, commonly referred to as a warming drawer, investigators discovered several plastic bags of suspected controlled substances that were later found to be: one bag containing **107.96 grams** of Cocaine (Schedule II); one bag containing **47.71 grams** of Fentanyl (Schedule II); a bag containing multicolored pills with a total weight of **10.87 grams** of Methamphetamine mixture (Schedule II), a bag containing multicolored pills with a total weight of **7.06 grams** of Methamphetamine mixture (Schedule II), a bag containing 0.75 grams of a substance that was found to be no controlled substance, a bag containing **2.45 grams** of Fentanyl (Schedule II), and a bag containing **2.65 grams** of Fentanyl. (See Exhibit #03)



(Exhibit #03)

16.     Investigators continued to search the residence and in an upstairs bedroom they located a shopping bag which contained (2) Glock firearm magazines of (15) round capacity, (22) lives rounds of Winchester 380 ammunition, (4) live rounds of Winchester 32 caliber ammunition, and (6) live rounds of Sellier & Belliot 9mm ammunition. (See Exhibit #04)



(Exhibit #04)

17.    Additionally, in another upstairs bedroom investigators located a Consumer Cellular red flip cellphone in the pocket of a pair of jeans and a black Apple iPhone of which was identified as belonging to **Deontae WARE** and found resting on the bed in this room. Investigators also discovered $1,000.00 in US Currency and a State Identification card for **Deontae WARE** resting on the nightstand which also listed his home address as "900 Greyton Rd".

### Interview of Deontae WARE on July 14, 2025

18.    While investigators were executing the search warrant at the residence addressed 900 Greyton Rd., Cleveland Heights, Ohio, they conducted a custodial recorded interview with **Deontae WARE.** Investigators read **WARE** his Miranda Rights of which he stated he understood. He stated that he resides at 900 Greyton Rd. and that he is the only occupant that

resides at this residence. Investigators asked **WARE** about a rifle magazine that was observed inside of the residence and **WARE** stated that it was not his and that someone had left that "a while back". Investigators asked **WARE** about the **Glock, model 42, 380 caliber, semi-automatic pistol bearing serial number ABWC631** that was found on the living room couch of which **WARE** stated he owns for protection because he has "PTSD, been shot, robbed a few times, and y'all know what the fuck going on outside in these streets". **WARE** could not recall where he had acquired the pistol. Investigators asked **WARE** if he is able to possess guns and **WARE** responded by stating "hell no" because he is a felon.

19.     Furthermore, investigators asked **WARE** about the suspected controlled substances that were found by investigators inside of 900 Greyton Rd. and he stated "I don't know nothin' about it".

20.     Based on the circumstances of recovery of the above referenced controlled substances and Affiant's training and experience, the above-referenced recovered drugs were believed to have been used in the preparation of controlled substances for later sale.

### **CONCLUSION**

21.     Based upon the above listed facts, your Affiant submits that there is probable cause to believe that **Deontae WARE** on or about July 14, 2025, in Cleveland Heights, Ohio, Cuyahoga County and the Northern District of Ohio, committed a violation of federal law, namely: Possession with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (21 U.S.C. Section 841(a)(1), (b)(1)(B)); Possession with the intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack") (21 U.S.C. Section 841(a)(1), and (b)(1)(C)); Possession with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine  (21 U.S.C. Section

841(a)(1), and (b)(1)(C)); and Possession with the intent to distribute a mixture and substance containing a detectable among of cocaine (21 U.S.C. Section 841(a)(1), and (b)(1)(C)). Therefore, Affiant requests that this Court authorize the requested Complaint and Arrest Warrant for **Deontae WARE.**

Respectfully Submitted,

Stephen J. McGrath
Special Agent

Sworn to via FaceTime after submission
by reliable electronic means. Crim.Rules.
4.1; 41(d)(3) this 18th day of May, 2026.

James E. Grimes Jr., United States Magistrate Judge